IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOB BASSETT, DEVONSHAY SILAS, and CHARLES CATHEY, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 08 C 2640 |
| v. | ) ) | |
| OFFICER MARIN, #19521, OFFICER RONAN, #2040, OFFICER RIVERA, #17044, OFFICER ACEVEZ, #18154, OFFICER COLINDRES, #19764, OFFICER SZEZOL, #6183, OFFICER CANTO, #6720, OFFICER ZULLO, #6727, OFFICER NICPAN, #7668, OFFICER ZAHN, #827, UNKNOWN OFFICERS, and the CITY OF CHICAGO, | ) ) ) ) ) ) ) ) ) ) | JUDGE GOTTSCHALL

Magistrate Judge Denlow |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully moves for an extension of time to July 24, 2008 to answer or otherwise plead in response to Plaintiffs' complaint. In support of this motion, the City states the following:

1. Plaintiffs filed their complaint on or about May 8, 2008. The City was served with Plaintiffs' complaint on or about June 10, 2008, thereby making the City's answer to Plaintiffs' complaint due on or about June 30, 2008.

2. Undersigned counsel for the City was assigned to this case on or about June 20, 2008, the first opportunity that undersigned counsel had to review Plaintiffs' complaint.

3.      Undersigned counsel is in the process of reviewing Plaintiffs' complaint and gathering documents responsive to the complaint.

4.      This motion is the City's first request for an extension of time to answer or otherwise plead.  This request is made not to delay the proceedings but rather to allow the City to respond properly to the allegations in Plaintiffs' complaint.

5.      Undersigned counsel spoke with one of plaintiff's attorneys, Abbas Merchant, by telephone on June 26, 2008.  Mr. Merchant said that he has no objection to the City's request for an extension of time to answer or otherwise plead.

WHEREFORE, Defendant City of Chicago respectfully requests that it be given an extension of time to July 24, 2008 to answer or otherwise plead in response to Plaintiffs' complaint; and for any other relief that this Honorable Court deems proper.

          Respectfully submitted,

          MARA S. GEORGES
          Corporation Counsel
          City of Chicago

BY:     /s/ Thomas J. Aumann
        THOMAS J. AUMANN
        Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566 (Phone)
(312) 744-3989 (Fax)
Atty. No. 06282455

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint** to be served upon Abbas Merchant at amerchant@hrbattorneys.com, via electronic mail, on this 30th day of June, 2008.

      /s/ Thomas J. Aumann
      THOMAS J. AUMANN
      Assistant Corporation Counsel