IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOB BASSETT, DEVONSHAY SILAS, and CHARLES CATHEY, | ) ) ) | |
| Plaintiff, | ) ) ) | **No. 08 C 2640** |
| v. | ) ) | |
| OFFICER MARIN, #19521, OFFICER RONAN, #2040, OFFICER RIVERA, #17044, OFFICER ACEVEZ, #18154, OFFICER COLINDRES, #19764, OFFICER SZEZOL, #6183, OFFICER CANTO, #6720, OFFICER ZULLO, #6727, OFFICER NICPAN, #7668, OFFICER ZAHN, #827, UNKNOWN OFFICERS, and the CITY OF CHICAGO, | ) ) ) ) ) ) ) ) ) ) | JUDGE GOTTSCHALL  Magistrate Judge Denlow |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Abbas Merchant
      Horwitz, Richardson & Baker LLC
      20 South Clark Street
      Suite 500
      Chicago, Illinois  60603
      amerchant@hrbattorneys.com

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendants' Agreed Joint Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gottschall, or before such other Judge sitting in her stead, on the 10th day of July, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois this 30th day of June, 2008.

                                    By:   /s/ Thomas J. Aumann
                                          THOMAS J. AUMANN
                                          Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
Atty. No. 06282455