UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Bob Bassett, et al.
                        Plaintiff,

v.                                    Case No.: 1:08−cv−02640
                                             Honorable Joan B. Gottschall

Officer Marin, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Motion for extension of time to answer [13] is granted. Status hearing held on 7/9/2008. Defendants to answer or otherwise plead on or before 8/7/08. ( Status hearing set for 9/3/2008 at 09:30 AM.) No appearance required on 7/24/08. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.