UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case:   08 C 2640

    Bob Bassett, et al.

        v.

    City of Chicago, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Anthony Acevez, Oscar Canto, Angel Colindres, Sean Ronan, David Zahn, Chris Nicpan, Glen Szeszol, Juan Rivera, Luis Marin and Gregory Zullo, Defendants.

| SIGNATURE | |
|---|---|
| /s/ Suyon Reed | Assistant Corporation Counsel |
| **FIRM**  City of Chicago, Department of Law | |
| **STREET ADDRESS**  30 N. LaSalle St., Suite 1400 | |
| **CITY/STATE/ZIP**  Chicago, IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**  06280973 | **TELEPHONE NUMBER**  (312) 744-3283 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES X     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES X     NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES X   NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐