IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOB BASSETT, DEVONSHAY SILAS, and CHARLES CATHEY, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER MARIN # 19521, OFFICER RONAN # 2040, OFFICER RIVERA #517044 OFFICER ACEVEZ # 18154, OFFICER COLINDRES # 19764, OFFICER SZEZOL #6183 OFFICER CANTO # 6720, OFFICER ZULLO #6727, OFFICER NICPAN # 7668, OFFICER ZAHN #827, UNKNOWN OFFICERS, and the CITY OF CHICAGO, <br><br> Defendants. | No. 08 C 2640 <br><br> Judge Gottschall <br><br> Magistrate Judge Denlow |

**NOTICE OF MOTION & CERTIFICATE OF SERVICE**

**To:**   Blake Horwitz
          Horwitz, Richardson & Baker, LLC
          Two First National Plaza
          20 South Clark, Suite 500
          Chicago, Il 60603

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANT OFFICERS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR A DEFINITE STATEMENT,** a copy of which will be served upon you, along with this notice, pursuant to Local Rule 5.9 and in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, on this 7th day of August 2008.

**PLEASE TAKE FURTHER NOTICE** that on **August 14, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Gottschall, or any judge sitting in her stead, in the courtroom occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present this motion.

   **DATED** this  7th day of August 2008.

                                                            Respectfully submitted,

                                                            /s/ Suyon Reed

SUYON REED
Assistant Corporation Counsel
30 North LaSalle Street - Room 1400
Chicago, Illinois 60602
(312)744-3283
Attorney No. 6280973