UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Bob Bassett, et al.
                    Plaintiff,

v.                                        Case No.: 1:08−cv−02640
                                          Honorable Joan B. Gottschall

Officer Marin, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

    MINUTE entry before the Honorable Joan B. Gottschall: Briefing schedule as to MOTION by Defendants Officer Marin, Officer Ronan, Officer Rivera, Officer Acevez, Officer Colindres, Officer Szezol, Officer Canto, Officer Zullo, Officer Nicpan, Officer Zahn to dismiss or for a more definite statement [19] is as follows :( Responses due by 9/4/2008, Replies due by 9/15/2008.) Ruling by mail. Status hearing set for 9/3/2008 is stricken. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.