IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOB BASSETT, DEVONSHAY SILAS, and CHARLES CATHEY, <br><br>     Plaintiffs, <br><br>     v. <br><br> OFFICER MARIN #19521, OFFICER RONAN #2040, OFFICER RIVERA #17044, OFFICER ACEVEZ #18154, OFFICER COLINDRES #19764, OFFICER SZEZOL #6183, OFFICER CANTO #6720,  OFFICER ZULLO #6727, OFFICER NICPAN #7668, OFFICER ZAHN #827, UNKNOWN OFFICERS, and the CITY OF CHICAGO, <br><br>     Defendants. | No. 08 c 2640 <br><br> Judge Gottschall <br><br> Magistrate Judge Denlow |

## AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS MOTION TO DISMISS

NOW COME the Plaintiffs, by and through their attorneys, HORWITZ, RICHARDSON & BAKER, LLC, and hereby move this Honorable Court to allow Plaintiffs additional time to respond to Defendant Police Officers' Marin, Ronan, Rivera, Acevez, Colindres, Szezol, Canto, Zullo, Nicpan and Zahn Motion to Dismiss.  In support of same, Plaintiffs state the following:

1.      On August 7, 2008, Defendants Marin, Ronan, Rivera, Acevez, Colindres, Szezol, Canto, Zullo, Nicpan and Zahn filed a motion to dismiss Counts I through IX of Plaintiff's Complaint. (Docket No. 19.)

2.      On August 13, 2008, Judge Gottschall set a briefing schedule on the motion in which the response was due September 4, 2008 and the reply September 15, 2008.  (Docket No. 21.)

3.      Plaintiff requests additional time to respond to the first motion to dismiss, due to the fact that the parties are currently in settlement negotiations.  The parties are seeking to resolve the

case prior to briefing the motion, in the interest of reducing attorneys' fees and Court time. Furthermore, Ms. Yarusso has recently returned from maternity leave and taken over another colleague's case load.

4.      Plaintiff requests a briefing schedule as follows: responses due September 15, 2008 and replies due September 26, 2008.

5.      On September 4, 2008, Plaintiffs' counsel, Amanda S. Yarusso, spoke via telephone with defense counsel and all parties agree to this requested briefing schedule and request for extension.

WHEREFORE, based on the foregoing, the Plaintiffs respectfully request this Court allow Plaintiff until September 15, 2008 to respond to the filed motion to dismiss and allow Defendants until September 26, 2008 to reply.

Respectfully Submitted,

/s/Amanda S. Yarusso
Amanda S. Yarusso
One of Plaintiff's Attorneys

HORWITZ, RICHARDSON & BAKER, LLC.
20. S. Clark St,. Suite 500
Chicago, IL  60603
Tel:  (312) 676-2100
Fax:  (312) 372-7076