IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOB BASSETT, DEVONSHAY SILAS, and CHARLES CATHEY,<br><br>        Plaintiffs,<br><br>        v.<br><br>OFFICER MARIN #19521, OFFICER RONAN #2040, OFFICER RIVERA #17044, OFFICER ACEVEZ #18154, OFFICER COLINDRES #19764, OFFICER SZEZOL #6183, OFFICER CANTO #6720,  OFFICER ZULLO #6727, OFFICER NICPAN #7668, OFFICER ZAHN #827, UNKNOWN OFFICERS, and the CITY OF CHICAGO,<br><br>        Defendants. | No. 08 c 2640<br><br> Judge Gottschall<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

On September 11, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND AGREED MOTION FOR EXTENSION OF TIME

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Suyon Reed                          suyonreed@cityofchicago.org

Thomas Jon Aumann                   thomas.aumann@cityofchicago.org

/s/Amanda S. Yarusso_____
Amanda S. Yarusso
One of Plaintiff's Attorneys

HORWITZ, RICHARDSON & BAKER, LLC.
20. S. Clark St. Suite 500
Chicago, IL  60603
Tel:  (312) 676-2100
Fax:  (312) 372-7076